UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80069-CR-Middlebrooks/Brannon

21 U.S.C. §952(a)

UNITED STATES OF AMERICA

vs.

VICENTE LOYOLA,
        Defendant.
_____/



FILED by _____ D.C.

MAR 21 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about February 15, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere the defendant,

**VICENTE LOYOLA,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960 (b)(3), it is further alleged that this violation involved 3,4-Methylenedioxymethamphetamine, a/k/a "MDMA," a/k/a "Molly," a/k/a "M," a Schedule I controlled substance.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY** |
| **VICENTE LOYOLA,** | |
| Defendant._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)           (Check only one)

   I    0 to 5 days      _X_      Petty       ___
   II   6 to 10 days     ___      Minor       ___
   III  11 to 20 days    ___      Misdem.     ___
   IV   21 to 60 days    ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   Yes _____
   If yes:
   Magistrate Case No.   13-8141-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   March 7, 2013
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___  X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  _X_  No

JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. 171700

*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VICENTE LOYOLA

**Case No.:** _____

Count #: 1

Importation of a controlled substance, namely 3,4-Methylenedioxymethamphetamine, a/k/a "MDMA," a/k/a "Molly," a/k/a "M," a Schedule I controlled substance
21 U.S.C. §§952(a) & 960(b)(3)

* **Max. Penalty:**    Up to 20 years imprisonment; a mandatory minium term of supervised release of 3 years up to life; $1,000,000 fine.